IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLF LUSCHER and GLENDA LUSCHER, ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) | Civil No. 1:06-cv-01617-PLF |

## UNITED STATES' MOTION TO DISMISS

The United States moves to dismiss this action. As grounds for this motion, the United States asserts that Plaintiffs' complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: November 29, 2006              Respectfully submitted,

                                                                                       /s/ Michael J. Martineau
_____ MICHAEL J. MARTINEAU
                                                                                       Trial Attorney, Tax Division
                                                                                       U.S. Department of Justice
                                                                                       Post Office Box 227
                                                                                       Washington, DC 20044
                                                                                       Telephone: (202) 307-6483
                                                                                       Facsimile: (202) 514-6866
                                                                                       Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney