IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLF LUSCHER and<br>GLENDA LUSCHER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-01617-PLF<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, proposed ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiffs *pro se* on the 29th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    Rudolf Luscher
    Glenda Luscher
    Plaintiffs *pro se*
    30217 NW 31st Avenue
    Ridgefield, WA 98642

                                      /s/ Michael J. Martineau
                                      MICHAEL J. MARTINEAU