IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLF LUSCHER, and<br>GLENDA LUSCHER,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:06-cv-01617-PLF<br>)<br>)<br>)<br>)<br>) |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

    1. Robert J. & Lisa L. Welzel v. United States, Civil No. 1:06-cv-01580-RBW

    2. Will H. & Mary Catherine LaRue v. United States, Civil No. 1:06-cv-01495-RBW

    3. Bruce R. Travis v. United States, Civil No. 1:06-01584-RCL

    4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633-ESH

    5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409-RBW

    6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525-RMU

    7. Roy A. Watson v. United States, Civil No. 1:06-cv-01594-EGS

    8. Paul B. Evans v. United States, Civil No. 1:06-cv-01713-JDB

    9. Robert W. & Mary H. Rhodes v. United States, Civil No. 1:06-cv-1840-EGS

    10. Lee F. Garvin, Civil No. 1:06-cv-01735-RBW

11. Eleanor M. Glass v. United States, Civil No. 1:06-cv-01619-ESH

12. Jack D. Thrasher v. United States, Civil No. 1:06-cv-01623-GK

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also nearly identical to one another.

DATE: November 29, 2006                    Respectfully submitted,

     /s/ Michael J. Martineau
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483
Facsimile: (202) 514-6966
Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney