UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RUDOLPH LUSCHER, *et al*.           )
                                    )
       Plaintiffs,                 )
                                    )
       v.                          )   Civil Action No. 06-1617  (PLF)
                                    )
UNITED STATES,                      )
                                    )
       Defendant.                  )
_____)

ORDER

       This matter is before the Court on defendant's motion to dismiss.  Plaintiff is proceeding *pro se* in this matter.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

       Accordingly, the Court wishes to advise plaintiffs that they must respond to defendant's motion to dismiss within fourteen days of the issuance of this Order, on or before December 29, 2006.  If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

       SO ORDERED.

       __/s/_____
       PAUL L. FRIEDMAN
       United States District Judge

DATE: December 15, 2006