UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| RUDOLPH LUSCHER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1617   (PLF) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER AND JUDGMENT

On November 29, 2006, defendant filed a motion to dismiss the complaint. On December 15, 2006, the Court, as required by Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), directed plaintiff to respond to defendant's motion to dismiss by December 29, 2006. That deadline has passed and plaintiff has filed no response. The Court therefore will treat the motion to dismiss as conceded. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 9, 2007